IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CECILIA RODENKIRCH | ) | CASE NO. 17-22867 |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

Attorney Michael Dimand, representing creditor U.S. Bank National Association, a Trustee of the Cabana Series III Trust, hereby withdraws the Proof of Claim filed as Claim #4, as well as Supplemental Proof of Claim #8, as the Automatic Stay in this case has been terminated as to this creditor.

January 20, 2021

/s/Michael Dimand
Michael Dimand

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
847-641-5177
Fax: 401-234-5130
mdimand@mlg-defaultlaw.com