IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: )
)
CECILIA E. RODENKIRCH ) CASE NO. 17-22867
) CHAPTER 13
)
DEBTOR )

## NOTICE OF WITHDRAWAL OF CLAIM

Attorneys Marinosci Law Group, LLC, representing creditor U.S. Bank, National Association, as Trustee of the Cabana Series III Trust, hereby withdraws the Supplemental Proof of Claim filed as Claim #8 on May 17, 2019, due to the Debtor and Creditor having entered into a Loan Modification Agreement.

February 10, 2021

/s/Michael Dimand
Michael Dimand

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580
Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com